# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

Jose Mario MENDEZ
AKA Jose Mario MENDEZ-Alvarez
IAE A070 162 165
El Salvador 1973

**CRIMINAL COMPLAINT**

Case Number: 7:17-po-03980

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about __**August 30, 2017**__  in _____**Hidalgo**_____  County, in

the _____**Southern District Of Texas**_____ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title _____**8**_____ United States Code, Section(s) _____**1325(a)(1)**_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the

following facts:

**Jose Mario MENDEZ was encountered by Border Patrol Agents near Hidalgo, Texas on August 30, 2017.  When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on August 30, 2017 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes       ☒ No

/S/  Escalante, Adrian  Border Patrol Agent
Signature of Complainant

Escalante, Adrian    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 31, 2017
Date

at    McAllen, Texas
City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge