**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Criminal Case 7:17–po–03980 |
| | § | |
| Jose Mario Mendez | § | |

<u>ORDER</u>

This Order memorializes the Court's prior findings, after reviewing the criminal complaint in the above styled and numbered cause, that there is probable cause to believe that the offense stated in the complaint was committed, and that the Defendant committed said offense.

SIGNED on August 31, 2017, at McAllen, Texas.


_____
Peter E. Ormsby
United States Magistrate Judge